UNITED STATES of America,
Plaintiff–Appellee,

v.

Robert Isadore RICHARDSON,
Defendant–Appellant.

No. 13–6268.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 30, 2013.

Decided: June 5, 2013.

Robert Isadore Richardson, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

UNPUBLISHED

PER CURIAM:

Robert Isadore Richardson appeals the district court's order denying relief on his motion seeking a reduction in his sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Richardson*, No. 3:05–cr–00040–JPB–DJJ–1 (N.D.W.Va. Jan. 28, 2013).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*